*Opinion filed March 24, 1972.*

W. W. GROTE COMPANY, Claimant, pro se.

PAUL E. MATHIAS, Attorney for Board of Regents, for Respondent.

HOLDERMAN, J.

(No. 6343—

FLYNN FENCE AND SUPPLY COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed March 24, 1972.*

EDWARD G. COLEMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.